# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHDEV SINGH,<br><br>     Petitioner,<br><br>     v.<br><br>WARDEN OF THE GOLDEN STATE<br>ANNEX ICE DETENTION FACILITY, et al.,<br><br>     Respondents. | Case No.  1:25-cv-02036-JLT-SKO (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO REFLECT TIMOTHY ZINDEL AS COUNSEL FOR PETITIONER AND TO SERVE ORDER ON FEDERAL DEFENDER |

Pursuant to the order issued on February 9, 2026, (Doc. 5), the appointing authority for the Eastern District of California has confirmed that attorney Timothy Zindel has been appointed as counsel for Petitioner, effective as of February 17, 2026.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court SHALL update the docket to reflect Attorney Timothy Zindel, Law Office of Timothy Zindel, P.O. Box 188976, Sacramento, CA 95818, (916) 704-2665, timzindel@gmail.com, as counsel for Petitioner in this matter.

2. The Clerk of Court is DIRECTED to serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

IT IS SO ORDERED.

1

Dated:    **February 17, 2026**                    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE