**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUKHDEV SINGH,<br><br>                Petitioner,<br><br>     v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>             Respondents. | No.  1:25-cv-02036 JLT SKO (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO DISMISS PETITION<br><br>[Doc. 9]<br><br>[A-Number: 243-099-994] |

Petitioner is a former immigration detainee. On March 12, 2026, Counsel for Petitioner filed a motion to dismiss the petition. (Doc. 9.) Counsel states Petitioner was released on February 4, 2026, on an order of recognizance. Counsel has been unable to locate Petitioner despite his best efforts. He requests the petition be dismissed as there appear to be no present need for relief.  Good cause having been shown, Petitioner's motion to dismiss is **GRANTED**, and the petition is hereby **DISMISSED**. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

   Dated:   **March 13, 2026**

_____
UNITED STATES DISTRICT JUDGE

1